IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL A. EALEY, | |
| Plaintiff, | 8:22CV69 |
| vs. | |
| UNITED STATES OF AMERICA, | ORDER |
| Defendant. | |

Plaintiff filed his Complaint in this matter on February 22, 2022, while he was incarcerated. After some delay in receiving Plaintiff's trust account statement or institutional equivalent, the court granted him leave to proceed in forma pauperis on July 13, 2022, also while he was incarcerated. Plaintiff filed a change of address on August 15, 2022, indicating that he is no longer incarcerated. (*See* Filing 12.)

Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $402.00 filing and administrative fees.

IT IS THEREFORE ORDERED that:

1. Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $402.00 filing and administrative fees within 30 days. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

2. The clerk of the court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

2

3. The clerk of the court is directed to set a pro se case management deadline with the following text: **September 19, 2022**: deadline for Plaintiff to file new IFP application or pay filing fee.

Dated this 18th day of August, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge